UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PERCY S. COBBINS,

                                Plaintiff,

                      v.                                          1:09-CV-1305
                                                                             (FJS/VEB)

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
_____

**APPEARANCES**                                        **OF COUNSEL**

**OFFICE OF PETER M. MARGOLIUS**     **PETER M. MARGOLIUS, ESQ.**
7 Howard Street
Catskill, New York 12414
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**     **ANDREEA L. LECHLEITNER, ESQ.**
**OFFICE OF REGIONAL GENERAL**
**COUNSEL REGION II**
26 Federal Plaza - Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

       Plaintiff commenced this action on November 23, 2009, seeking judicial review of Defendant's final decision denying him supplement security income benefits and disability insurance benefits under the Social Security Act. *See* Dkt. No. 1. Defendant filed an answer on March 8, 2010. *See* Dkt. No. 8. Plaintiff filed a supporting brief on March 22, 2010, *see* Dkt. No. 9; and Defendant filed a brief in opposition on March 29, 2010, *see* Dkt. No. 10.

       Proceeding as if both parties had accompanied their briefs with a motion for judgment on

the pleadings, *see* Gen. Order No. 18, Magistrate Judge Bianchini recommended that the Court grant Defendant's motion and deny Plaintiff's motion. *See* Dkt. No. 12 at 15-16. The parties did not file any objections to these recommendations.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify, in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id.* (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Bianchini's March 1, 2012 Report and Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Bianchini's March 1, 2012 Report and Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's motion for judgment on the pleadings is **DENIED**; and the Court further

**ORDERS** that Defendant's motion for judgment on the pleadings is **GRANTED**; and the Court further

**ORDERS** that Defendant's final decision denying benefits is **AFFIRMED**; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendant and close this case.

**IT IS SO ORDERED.**

Dated: March 21, 2012
      Syracuse, New York

                                          Frederick J. Scullin, Jr.
                                          Senior United States District Court Judge